IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWARD PACHECO-MUNIZ,

**Plaintiff,**

v.

JESUS GONZALEZ-CRUZ, *et al.*,

**Defendants.**

**CIVIL NO.** 12-2058 (JAG)

**MEMORANDUM & ORDER**

GARCIA-GREGORY, D.J.

Before the Court is defendant Jesus Gonzalez-Cruz ("Gonzalez") and Carlos Molina-Rodriguez's ("Molina") motion to dismiss under Fed. R. Civ. P. 12(b)(6). (Docket No. 13). This motion was referred to Magistrate Judge Lopez, who issued a report and recommendation. (Docket No. 19). After considering Plaintiff's objections, (Docket No. 20), and *de novo* review of Defendants' motion, the Court finds that the magistrate's findings and conclusions of law are correct.

The Court hereby **ADOPTS** in its entirety the magistrate's report for the reasons stated therein. (Docket No. 19). Accordingly, Defendant's motion is:

(1) **GRANTED** as to Plaintiff's § 1983 claims for monetary damages against Defendants' in their official capacities,

(2) **DEEMED MOOT** as to Plaintiff's claim for injunctive relief against Defendants' in their official capacity;

(3) **DENIED** as to Plaintiff's claims against Gonzalez in his personal capacity under the First Amendment, Procedural Due Process Clause of the Fourteenth Amendment and Law 100;

Civil No. 12-2058 (JAG)                                                                 2

    (4)  **GRANTED** as to Plaintiff's claims against Molina in his personal capacity under the First Amendment, Due Process Clause of the Fourteenth Amendment and Law 100;

    (5)  **GRANTED** as to Plaintiff's claims under the Fifth Amendment, Substantive Due Process Clause of the Fourteenth Amendment and Article 1802.

    **IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of March, 2014.

                                                                <u>S/ Jay A. Garcia-Gregory</u>
                                                                 JAY A. GARCIA-GREGORY
                                                                 United States District Judge